PENSION SERVICES *v.* JAMES MCGEE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 24261) is dismissed.

*James McGee*, pro se, in support of the petition.

*Janine M. Becker*, in opposition.

Decided November 12, 2003

SARA J. KAPLAN *v.* RICHARD J. BEIGEL

The defendant's petition for certification for appeal from the Appellate Court (AC 24317/AC 23820) is denied.